COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JONATHAN E. BEHAR (174916)
EX KANO S. SAMS II (192936)
MICHAEL F. GHOZLAND (223032)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
jbehar@csgrr.com
exkanos@csgrr.com
mghozland@csgrr.com
     – and –
JOY ANN BULL (138009)
X. JAY ALVAREZ (134781)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
joyb@csgrr.com
jaya@csgrr.com

Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re BASIN WATER, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.<br>CV-07-08359-GW(FFMx)<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:     August 13, 2009<br>TIME:     8:30 a.m.<br>COURTROOM:   The Honorable George H. Wu |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on August 13, 2009, at 8:30 a.m., in the Courtroom of the Honorable George H. Wu, United States District Judge, at the United States Courthouse, 312 North Spring Street, Los Angeles, California, Lead Plaintiff will and hereby moves for orders (1) finally approving the settlement as set forth in the Stipulation of Settlement dated as of March 12, 2009 ("Stipulation"), and dismissing the Litigation with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Lead Counsel attorneys' fees of 23.5% of the Settlement Fund plus expenses incurred in this class action. Lead Plaintiff's motion is based upon the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and the Plan of Allocation of Settlement Proceeds, the Memorandum of Points and Authorities in Support of Lead Counsel's Application for an Award of Attorneys' Fees and Expenses, the declarations of counsel submitted in support thereof, the Stipulation, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Lead Plaintiff's motion.

DATED: July 16, 2009               Respectfully submitted,

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JONATHAN E. BEHAR
EX KANO S. SAMS II
MICHAEL F. GHOZLAND
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOY ANN BULL
X. JAY ALVAREZ

               s/ Joy Ann Bull
               JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Lead Plaintiff

S:\Settlement\Basin Water.set\MTN FINAL APPROVAL 00060613.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2009.

s/ JOY ANN BULL
JOY ANN BULL

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:     Joyb@csgrr.com

# Mailing Information for a Case 2:07-cv-08359-GW-FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan E Behar**
  jbehar@csgrr.com,aromero@csgrr.com

- **Joy Ann Bull**
  joyb@csgrr.com,jstark@csgrr.com

- **Sean Kennedy Collins**
  scollins@csgrr.com

- **Michael F Ghozland**
  mghozland@csgrr.com

- **Michael J Hartley**
  michael.hartley@alston.com,melinda.montero@alston.com

- **Catherine J Kowalewski**
  katek@csgrr.com

- **Teodora Manolova**
  tmanolova@orrick.com

- **Darren J Robbins**
  e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Ex Kano S Sams , II**
  exkanos@csgrr.com,keagen@csgrr.com

- **Michael C Tu**
  mtu@orrick.com

- **Daniel J Tyukody, Jr**
  dtyukody@orrick.com

- **David C Walton**
  davew@csgrr.com,e_file_sd@csgrr.com

### Manual Notice List

4

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Regina A Sandler
Coughlin Stoia Geller Rudman and Robbins LLP
9601 Wilshire Boulevard   Suite 510
Los Angeles, CA 90210

Alfred G Yates                                              , Jr
Law Offices of Alfred G. Yates Jr.
519 Allegheny Building
429 Forbes Avenue   Suite 519
Pittsburgh, PA 15219
```

5