1 DANIEL J. TYUKODY, JR. (State Bar No. 123323)
  MICHAEL C. TU (State Bar No. 186793)
2 TEODORA E. MANOLOVA (State Bar No. 233333)
  JASON L. KRAJCER (State Bar No. 234235)
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
  777 South Figueroa Street, Suite 3200
4 Los Angeles, California 90017
  Telephone:   (213) 629-2020
5 Facsimile:   (213) 612-2499
  Email: dtyukody@orrick.com
6        mtu@orrick.com
         tmanolova@orrick.com
7        jkrajcer@orrick.com

8 Attorneys for Defendants Basin Water, Inc., Peter L.
  Jensen, Michael M. Stark, and Thomas C. Tekulve
9

10                     **UNITED STATES DISTRICT COURT**

11                     **CENTRAL DISTRICT OF CALIFORNIA**

12                             **WESTERN DIVISION**

13

| 14 | In re BASIN WATER, INC. SECURITIES LITIGATION | Case No. CV-07-08359 GW (FFMx) |
|---|---|---|
| 15 | | **NOTICE REGARDING DEFENDANT BASIN WATER, INC.'S FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE** |
| 16 | This Document Relates to: | |
| 17 | ALL ACTIONS. | |
| 18 | | |
| 19 | | Date:  N/A<br>Time:  N/A<br>Ctrm.: Hon. George H. Wu<br>         Courtroom 10<br>         Spring Street Courthouse |

1  TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT on July 16, 2009, defendant Basin Water,

3  Inc., ("Basin") filed a voluntary petition under Chapter 11 of the United States

4  Bankruptcy Code.  Attached hereto as Exhibit A is a copy of the *Chapter 11*

5  *Voluntary Petition* filed in the United States Bankruptcy Court for the District of

6  Delaware, Case Number 09-12526-MFW (Bankr. D. Del.).  Also attached hereto as

7  Exhibit B is a copy of Basin's Form 8-K filed with the Securities and Exchange

8  Commission on July 16, 2009 regarding Basin's entry into an asset purchase

9  agreement to sell substantially all of its assets and its voluntary Chapter 11 petition.

10 Dated: July 17, 2009        Respectfully submitted,

11                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                      By:      */s/ Jason L. Krajcer*
                                                  Jason L. Krajcer

14

15                                    Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28