COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
EX KANO S. SAMS II (192936)
MICHAEL F. GHOZLAND (223032)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
exkanos@csgrr.com
mghozland@csgrr.com
     – and –
JOY ANN BULL (138009)
X. JAY ALVAREZ (134781)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
joyb@csgrr.com
jaya@csgrr.com

Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re BASIN WATER, INC., SECURITIES LITIGATION | Master File No. CV-07-08359-GW(FFMx) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| | DATE: November 19, 2009<br>TIME: 8:30 a.m.<br>COURTROOM: The Honorable George H. Wu |

1   THIS MATTER having come before the Court on Lead Plaintiff's application
2   for approval of the Plan of Allocation of the net settlement proceeds in the above-
3   captioned action; the Court having considered all papers filed and proceedings had
4   herein and otherwise being fully informed in the premises;

5   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6   1.   For purposes of this Order, the terms used herein shall have the same
7   meanings as set forth in the Stipulation of Settlement dated as of March 12, 2009 (the
8   "Stipulation").

9   2.   Pursuant to and in full compliance with Rule 23 of the Federal Rules of
10  Civil Procedure, this Court hereby finds and concludes that due and adequate notice
11  was directed to all Persons and entities who are Settlement Class Members advising
12  them of the Plan of Allocation and of their right to object thereto, and a full and fair
13  opportunity was accorded to all Persons and entities who are Settlement Class
14  Members to be heard with respect to the Plan of Allocation.

15  3.   The Court hereby finds and concludes that the formula for the calculation
16  of the claims of Authorized Claimants which is set forth in the Notice of Pendency
17  and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class
18  Members, provides a fair and reasonable basis upon which to allocate the proceeds of
19  the Net Settlement Fund established by the Stipulation among Settlement Class
20  Members, with due consideration having been given to administrative convenience
21  and necessity.

1  4. The Court hereby finds and concludes that the Plan of Allocation set
2  forth in the Notice is in all respects fair and reasonable and the Court hereby approves
3  the Plan of Allocation.

4

5  DATED:  November 13, 2009                    *George H. Wu*
6                                                     THE HONORABLE GEORGE H. WU
                                                       UNITED STATES DISTRICT JUDGE
7

8
9  S:\Settlement\Basin Water.set\ORDER ALLOCATION 00060611.doc